UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-80105-BLOOM/Reinhart

TRACIE CORNELL,

    Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Tracie Cornell's ("Plaintiff") Motion for Summary Judgment, ECF No. [23] ("Plaintiff's Motion"), and Defendant Andrew Saul, as Acting Commissioner of the Social Security Administration's, ("Defendant") Motion for Summary Judgment, ECF No. [27] ("Defendant's Motion"). In this case, Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security Administration, which denied Plaintiff's application for a period of disability and Supplemental Security Income under the Social Security Act, 42 U.S.C. §§ 401, *et seq.*, ECF No. [1]. This matter was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, on June 5, 2019 for a report and recommendation on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. *See* ECF No. [19].

On May 19, 2020, Judge Reinhart issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion, ECF No. [23], be denied, Defendant's Motion be granted, and the decision of the Administrative Law Judge ("ALJ") be affirmed. ECF No. [31]. The R&R further advised the parties that objections to the R&R were due within fourteen (14) of being served

Case No. 19-cv-80105-BLOOM/Reinhart

with a copy of the R&R. *Id.*; *see* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy [of a report and recommendations], any party may serve and file written objections . . . as provided by rules of court."). Accordingly, objections to the R&R were required by June 2, 2020. To date, neither party has filed any objections, nor have they sought an extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Reinhart's R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reinhart's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's R&R, and concludes that, for the reasons set forth therein, Plaintiff's Motion should be denied, Defendant's Motion should be granted, and the decision of the ALJ should be affirmed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation, **ECF No. [31]**, is **ADOPTED**;

2. Plaintiff's Motion, **ECF No. [23]**, is **DENIED**;

3. Defendant's Motion, **ECF No. [27]**, is **GRANTED**, and the decision of the Administrative Law Judge is **AFFIRMED**; and

4. The Clerk of Court is directed to **CLOSE** the above-styled case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 3, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-80105-BLOOM/Reinhart

Copies to:

The Honorable Bruce E. Reinhart

Counsel of Record